**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LEONE SIHARATH, | |
|     Plaintiff, | |
| | Case No. 3:21-cv-02609-M |
| v. | |
| | Honorable Judge Barbara M. G. Lynn |
| WELLS FARGO BANK, N.A, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC, | |
|     Defendants. | |

## NOTICE OF SETTLEMENT AS TO WELLS FARGO BANK, N.A

PLEASE TAKE NOTICE that LEONE SIHARATH ("Plaintiff") and WELLS FARGO BANK, N.A. ("Defendant") hereby notify the Court the parties have reached settlement as to WELLS FARGO BANK, N.A, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

DATED: June 30, 2022

Respectfully submitted,

**LEONE SIHARATH**

By: */s/ Marwan R. Daher*

Marwan R. Daher
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mdaher@sulaimanlaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*
Marwan R. Daher, Esq