# United States District Court

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

CHAMBERS OF  
CHIEF JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

July 8, 2022

To All Attorneys of Record

    Re:    *Siharath v. Wells Fargo Bank, N.A., et al.*
               Case No. 3:21-CV-2609-M

Dear Counsel:

    It has come to the Court's attention that this case has settled. I commend you on your diligent efforts. I would like to receive the executed dismissal papers by August 30, 2022.

                                        Very truly yours,

                                        Barbara M.G. Lynn

BMGL/jlf